IN THE UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HI-TECH PHARMACEUTICALS, INC. and INTELLECTUAL WELLNESS, LLC;<br><br>　　Plaintiffs,<br><br>XCEL SPORTS NUTRITION, LLC, BECKY BRAM, AND DONALD CLEMENT,<br><br>　　Defendants. | Case No. 1:16-cv-00144-AT |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs, by and through their undersigned counsel of record, hereby dismiss this action without prejudice. Except as otherwise agreed between the parties, each party shall bear its own attorneys' fees and costs.

Respectfully submitted, this 24th day of February, 2016.

　　　　　　　　　　　　　　　　　　**DELONG CALDWELL BRIDGERS**
　　　　　　　　　　　　　　　　　　**FITZPATRICK & BENJAMIN, LLC**

　　　　　　　　　　　　　　　　　　*s/ Charles R. Bridgers*
　　　　　　　　　　　　　　　　　　Charles R. Bridgers
3100 Centennial Tower　　　　　　Georgia Bar No. 080791
101 Marietta Street

| | |
|---|---|
| Atlanta, GA 30303 | *s/ Edmund J. Novotny, Jr.* |
| (404) 979-3150 | Edmund J. Novotny, Jr. |
| (404) 979-3170 (facsimile) | Georgia Bar No. 547338 |
| charlesbridgers@dcbflegal.com | |
| ednovotny@dcbflegal.com | COUNSEL FOR PLAINTIFFS |

# IN THE UNITED STATES DISTRICT COURT
## NOTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| HI-TECH PHARMACEUTICALS, INC. and INTELLECTUAL WELLNESS, LLC;<br><br>    Plaintiffs,<br><br>XCEL SPORTS NUTRITION, LLC, BECKY BRAM, AND DONALD CLEMENT,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:16-cv-00144-AT<br>)<br>)<br>)<br>)<br>) |

## **CERTIFICATE OF SERVICE**

I certify that on the date shown above, I electronically filed a true and correct copy of the parties' **NOTICE OF DISMISSAL WITHOUT PREJUDICE** with the Clerk of Court using the CM/EMF system which will automatically send email notification of such filing, constituting service to all attorneys of record.

                                                **DELONG CALDWELL BRIDGERS FITZPATRICK & BENJAMIN, LLC**

                                                *s/ Charles R. Bridgers*
                                                Charles R. Bridgers
                                                Georgia Bar No. 080791